UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EZRA GAMPEL,

                Plaintiff,

- against -

TOURO COLLEGE,

                Defendant.

21-cv-5233 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As stated at the September 17, 2021 teleconference in this case, the defendant should submit its motion to dismiss by **October 15, 2021**. The plaintiff should respond by **November 12, 2021**. The defendant should reply by **November 30, 2021**.

SO ORDERED.

Dated:    New York, New York
            September 17, 2021

                                    John G. Koeltl
                            United States District Judge