UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EZRA GAMPEL,

                Plaintiff,

   - against -

TOURO COLLEGE,

                Defendant.

21-cv-5233 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The October 12, 2021 conference in this case is **canceled**.

SO ORDERED.
Dated:    New York, New York
          October 5, 2021

                                      John G. Koeltl
                               United States District Judge